# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

October 3, 2025

*Via ECF*

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Weiler v. Wunderkind Corp.*, Case No. 1:25-cv-05854
               *Balogun v. Wunderkind Corp.*, Case No. 1:25-cv-06113
               **Response to Plaintiffs' Letter Requesting Consolidation and**
               **Leave to File Motion for Appointment of Interim Class Counsel**

Dear Judge Failla:

      I write on behalf of Wunderkind Corporation ("Wunderkind") in response to the letter from Bursor & Fisher P.A. requesting consolidation of the above-referenced matters and a briefing schedule on a Motion for Appointment of Interim Class Counsel ("Letter Request") (Dkt. No. 18)[1].

      Holland & Knight substituted in as counsel for Wunderkind on October 1, 2025. *See* Dkt. No. 13. We met and conferred with Bursor concerning the Letter Request, and while Wunderkind does not oppose consolidation in principle of the *Weiler*, *Balogun*, and any other related actions filed in, removed to, or transferred to this Court, we respectfully request:

- The Court extend Wunderkind's time to substantively respond to the Letter Request—currently due October 3—through October 17, 2025. No prior requests to extend the time to respond to the Letter Request have been made, and Bursor & Fisher consents to this request.

- The Court hold in abeyance Wunderkind's deadline to respond to the Complaint until after consolidation is complete (including the transfer and consolidation of a related action currently pending in California, as explained further below), a consolidated Complaint is filed, and any motions to appoint interim class counsel are decided. Wunderkind's current deadline to respond to this Complaint is

---

[1] Bursor & Fisher's letter was filed only on the *Weiler* docket.

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland
Richmond | San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

October 3, 2025
Page 2

October 9, 2025.  *See* Dkt. No. 12.  One prior request has been made to extend Wunderkind's time to respond to the Complaint, *see* Dkt. No. 11, and Bursor & Fisher consents to this request.

The extensions of time requested by Wunderkind are appropriate and necessary for the sake of judicial economy.  In addition to the anticipated consolidation of the *Balogun* and *Weiler* actions currently pending before Your Honor, there is a third action captioned *Wine et al. v. Wunderkind Corporation* that has been filed in the Superior Court for the State of California, County of Alameda, which arises from the same facts and asserts substantially identical claims.

Wunderkind intends to seek the removal, transfer, and consolidation of the *Wine* action with the actions currently pending before Your Honor, whether on consent or through the necessary motion practice in California.  A two week extension of the time to respond substantively to Bursor & Fisher's Letter Request will enable Wunderkind to confer with counsel to the *Wine* Plaintiffs as to whether they will consent to transfer and consolidation.  Holding in abeyance Wunderkind's time to respond to the Complaint here is also in the interest of judicial economy, as the parties are in agreement that consolidation in principle is appropriate and that a single consolidated Complaint should be filed before Wunderkind responds.

Sincerely yours,

HOLLAND & KNIGHT LLP


/s *Mark S. Melodia*

Mark S. Melodia

MSM:rc

#528073837_v2