UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN WEILER,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>WUNDERKIND CORPORATION,<br><br>                    Defendant. | 25 Civ. 5854 (KPF) |
| TOSIN BALOGUN,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>WUNDERKIND CORPORATION,<br><br>                    Defendant. | 25 Civ. 6113 (KPF)<br><br>**ORDER CONSOLIDATING CASES** |

KATHERINE POLK FAILLA, District Judge:

On January 21, 2026, the Court held a hearing in these two related actions, to discuss (i) the appointment of interim class counsel, and (ii) Plaintiffs' motion to consolidate the *Weiler* and *Balogun* actions.  After considering the parties' submissions and hearing their oral presentations, the Court GRANTS IN PART the respective motions of Bursor & Fisher, P.A., and Janove PLLC for appointment of interim class counsel, and accordingly, appoints both firms as Co-Lead Counsel.  As Defendant does not oppose the motion to consolidate, and the cases possess significant legal and factual overlap, Plaintiffs' motion to consolidate is also hereby GRANTED.

The parties in the consolidated actions shall adhere to the following schedule: on or before **February 25, 2026**, Defendant shall submit a letter

addressing the status of the Northern District of California action, *Wine* v. *Wunderkind,* No. 3:25 Civ. 10079 (N.D. Cal.).; on or before **March 27, 2026**, Plaintiffs shall file a consolidated amended complaint; and on or before **April 24, 2026**, Defendant shall file either a pre-motion conference letter or its answer.

The Clerk of Court is directed to file this Order in both cases cited in the caption, consolidate the *Weiler* and *Balogun* actions as "In re Wunderkind Privacy Litigation" under the lead Case No. 25 Civ. 5854, and to close Case No. 25 Civ. 6113. Any future filings by the parties shall be in the lead case only.

SO ORDERED.

Dated:   January 22, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge