UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WUNDERKIND PRIVACY LITIGATION | Case No. 1:25-cv-05854-KPF |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Sophie L. Kletzien, Esq. in Support of the Motion to Dismiss the Consolidated Amended Class Action Complaint by Defendant Wunderkind Corporation ("Wunderkind"), dated May 29, 2026, and all prior pleadings, papers, and proceedings in this matter, Wunderkind, by and through its undersigned counsel, moves this Court before the Honorable Katherine Polk Failla, United States Judge, United States District Court, Southern District of New York, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order Dismissing the Consolidated Amended Class Action Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 1, 2026 Order (Dkt. 51), any opposition is due June 26, 2026 and any reply is due July 17, 2026.

1

Dated: May 29, 2026
      New York, New York             **HOLLAND & KNIGHT LLP**

*/s/ Mark S. Melodia*

Mark S. Melodia (5059381)
Qian (Sheila) Shen (5451356)
Sophie L. Kletzien (5860309)
787 Seventh Avenue, Floor 31
New York, NY 10019
(212) 513-3200
mark.melodia@hklaw.com
qian.shen@hklaw.com
sophie.kletzien@hklaw.com

Ashley L. Shively (*admitted pro hac vice*)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
ashley.shively@hklaw.com

*Attorneys for Defendant Wunderkind Corporation*

2