UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WUNDERKIND PRIVACY LITIGATION

Case No. 1:25-cv-05854-KPF

**DECLARATION OF SOPHIE L. KLETZIEN, ESQ.**

I, Sophie L. Kletzien, Esq., declare as follows:

1. I am an attorney with the law firm Holland & Knight LLP, counsel for defendant Wunderkind Corporation ("Wunderkind") in the above captioned action. Unless otherwise noted, I am fully familiar with the facts set forth herein. I submit this Declaration to provide the Court with copies of certain documents relevant to Wunderkind's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint in the case of *Nguyen v. Macy's, Inc.*, No. 5:25-cv-07096 (N.D. Cal.).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint in the case of *Rose v. Variety Media, LLC*, No. 25STCV01865 (Cal. Super. Ct.).

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Complaint in the case of *Castillo v. The International Business Machines, Inc.*, No. 7:24-cv-8380-JGLC (S.D.N.Y.).

5. Attached hereto as **Exhibit D** is a true and correct copy of the First Amended Complaint in the case of *Addi v. The International Business Machines, Inc*. No. 7:23-cv-5203, Dkt. 18 (S.D.N.Y.).

6. Attached hereto as **Exhibit E** is a true and correct copy of the First Amended Complaint in the case of *Weiler v. E! Entertainment Television, LLC*, No. 25STCV02509 (Cal. Super. Ct.).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Complaint in the case of *Weiler v. Delta Dental of California*, No. 4:25-cv-02846 (N.D. Cal.).

8. Attached hereto as **Exhibit G** is a true and correct copy of the Complaint in the case of *Weiler v. Gap, Inc*., No. 26STCV00746 (Cal. Super. Ct.).

9. Attached hereto as **Exhibit H** is a true and correct copy of the Complaint in the case of *Weiler v. Ikea North America,* No. 2:25-cv-09659 (N.D.Cal. Oct 9, 2025).

10. Attached hereto as **Exhibit I** is a true and correct copy of the Complaint in the case of *Weiler v. Service Quick, Inc.*, No. 25STCV10884 (Cal. Super. Ct.).

11. Attached hereto as **Exhibit J** is a true and correct copy of the California State Assembly Committee on Public Safety's April 7, 2015, analysis of Assembly Bill 929.

12. Attached hereto as **Exhibit K** is a true and correct copy of the California Assembly Committee on Public Safety's March 19, 2016, analysis of Assembly Bill 1924.

13. Attached hereto as **Exhibit L** is a true and correct copy of the California Assembly Committee on Privacy and Consumer Protection's April 19, 2016, analysis of Assembly Bill 1924.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of May, 2026.

Respectfully submitted,

Sophie L. Kletzien (No. 5860309)
HOLLAND & KNIGHT LLP